No. 00–8332.   BACON v. LEE, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 00–8339.   MATHIS v. SHAVERS CHEVROLET ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 00–8371.   GONZALEZ v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–8398.   EPPS v. IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 00–8434.   PAYMENT v. BUREAU OF PRISONS ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–8436.   POWELL v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 00–8439.   KING v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 00–8492.   MASON v. HARVEST FOODS.   C. A. 8th Cir.   Certiorari denied.

No. 00–8493.   MANNING v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–8499.   GUTIERREZ v. SCHOMIG, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 00–8515.   STEVENS v. RURAL DEVELOPMENT AGENCY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 00–8518.   POOLE v. BRILEY, WARDEN.   Sup. Ct. Ill.   Certiorari denied.

No. 00–8538.   FIELDS v. DALKON SHIELD CLAIMANTS TRUST. C. A. 4th Cir.   Certiorari denied.

No. 00–8540.   HERNANDEZ-DOMINGUEZ v. UNITED STATES. C. A. 10th Cir.   Certiorari denied.

No. 00–8547.   LOPEZ-REVI v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.